# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00152-JAD-NJK |
| Plaintiff, | **ORDER** |
| vs. | ECF No. 156 |
| GRISELDA NEGRETE ZARATE, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the Change of Plea hearing currently scheduled for November 1, 2023, be vacated and continued to January 16, 2024, at 11:00 a.m.

DATED this 30th day of October, 2023.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE