# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GRISELDA NEGRETE ZARATE,<br><br>Defendant. | Case No. 2:19-cr-00152-JAD-NJK<br><br>**ORDER OF DISMISSAL OF THE INDICTMENT WITHOUT PREJUDICE** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and upon leave of Court, the United States Attorney for the District of Nevada hereby dismisses without prejudice the charges brought against defendant Griselda Negrete Zarate contained in the indictment in case number 2:19-cr-00152-JAD-NJK.

Respectfully submitted,

SIGAL CHATTAH
United States Attorney

/s/Brian Whang
BRIAN WHANG
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal of the charges brought against defendant Griselda Negrete Zarate contained in the indictment in case number 2:19-cr-00152-JAD-NJK.

DATED this 15th day of July 2025.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE